UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:19-CR-9-1FL(2)


FILED IN OPEN COURT
ON 5-9-19 M /4
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| MARDEN GIOVANNY BENLES-OCAMPOS | ) | |
| a/k/a "Martin Ocampo-Ortiz" | ) | |
| a/k/a "Marden Giovanny Ocampo" | ) | |
| a/k/a "Geovani Ocampos" | ) | |

The Grand Jury charges:

On or about July 2, 2017, in the Eastern District of North Carolina, the defendant, MARDEN GIOVANNY BENLES-OCAMPOS, also known as "Martin Ocampo-Ortiz," "Marden Giovanny Ocampo," and "Geovani Ocampos," an alien, was found in the United States after having previously been excluded, deported, and removed from the United States on or about May 25, 2012, at Alexandria, Louisiana, and not having obtained the express consent of the Attorney General, or his successor, to reapply for admission thereto.

[remainder of page intentionally left blank]

1

All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
FOREPERSON


5/7/19
_____
DATE


ROBERT J. HIGDON, JR.
United States Attorney

*/s/ Lori B. Warlick*
BY: LORI B. WARLICK
Special Assistant United States Attorney

2